IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAREY LEWAN GRAM,

      Plaintiff,                        No. CIV S-08-2833 EFB P

      vs.

NAPA STATE HOSPITAL, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

////

////

1    Here, defendants are located in Napa County and the claim arose in Napa County,
2 California which is in the Northern District of California.  28 U.S.C. § 84(a).  Therefore, in the
3 interest of justice, this action is transferred to the United States District Court for the Northern
4 District of California.  *See* 28 U.S.C. § 1404(a).
5    So ordered.
6 DATED:  December 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE